Sam M. RICHARDSON v. H. W. HOLLAND. (Circuit Court of Appeals, Eighth Circuit. May 22, 1923.) No. 6228. Appeal from the District Court of the United States for the Western District of Arkansas. George M. Le Croy, of El Dorado, Ark., for appellant. Will Steel, of Texarkana, Ark., for appellee.

PER CURIAM. Appeal dismissed, at costs of appellant, per stipulation of parties.

———

W. H. RINN v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 10, 1923.) No. 6360. In Error to the District Court of the United States for the District of Colorado. Joel Stone, of Denver, Colo., for plaintiff in error. Granby Hillyer, U. S. Atty., of Lamar, Colo.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error.

———

ROAD IMP. DIST. NO. 1 OF YELL COUNTY, ARK., v. LOUIS RICH CONST. CO. (Circuit Court of Appeals, Eighth Circuit. October 8, 1923.) No. 6085. In Error to the District Court of the United States for the Eastern District of Arkansas. Jeptha H. Evans and Charles I. Evans, both of Booneville, Ark., for plaintiff in error. J. M. Moore, W. B. Smith, J. Merrick Moore, and H. M. Trieber, all of Little Rock, Ark., for defendant in error.

PER CURIAM. Writ of error dismissed, at costs of plaintiff in error, per stipulation of parties.

———

Joseph SALIBA v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. October 18, 1923.) No. 6510. In Error to the District Court of the United States for the District of Nebraska. Harry B. Fleharty, of Omaha, Neb., for plaintiff in error. James C. Kinsler, U. S. Atty., of Omaha, Neb.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16 (188 Fed. xi, 109 C. C. A. xi).

———

Albert SHACKLES v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. August 31, 1923.) No. 6454. In Error to the District Court of the United States for the Western District of Oklahoma. E. T. Barbour, of El Reno, Okl., for plaintiff in error. W. A. Maurer, U. S. Atty., of Oklahoma City, Okl.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of counsel for defendant in error, under rule 16 (188 Fed. xi, 109 C. C. A. xi).

———

Churchill SHUMATE v. CRAIG SERVICE ASS'N. (Circuit Court of Appeals, Eighth Circuit. September 4, 1923.) No. 6166. Appeal from the District Court of the United States for the District of Colorado. William W. Grant, Jr., of Denver, Colo., for appellant. W. B. Wiley, of Craig, Colo., and Augustus L. Abbott, of St. Louis, Mo., for appellee.

PER CURIAM. Appeal dismissed, with costs, under rules 22 and 23 (188 Fed. xiv, xv, 109 C. C. A. xiv, xv).

———

Jacob TEPER v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 7, 1923.) No. 5967. In Error to the District Court of the United States for the Eastern District of Missouri. Simon S. Bass, of St. Louis, Mo., for plaintiff in error. J. E. Carroll, U. S. Atty., and Eustace C. Wheeler, Asst. U. S. Atty., both of St. Louis, Mo.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of counsel for defendant in error.